UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA

| | |
|---|---|
| IN RE: | Case No. 6:05-bk-12229-ABB |
| Page Graham Lewis and Joan Mary Lewis, | (Chapter 13) |
| DEBTOR | |

**FILED OCT 0 1 2007**
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Navy Federal Credit Union (the "Claimant") a claimant in the captioned case whose address is 820 Follin Lane, Vienna, VA 22180 respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $2,295.22. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Navy Federal Credit Union
FID#/SSN: 530116705

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE: ) Case No. 05-12229-6
Page Graham Lewis and Joan Mary Lewis, ) (Chapter 13)
)
DEBTOR

## AFFIDAVIT OF SERVICE & AWARENESS
## OF STATE REQUIREMENTS

Notice is hereby given to the court that on September 26, 2007 the US Attorney was advised via the US Postal Service at the address below, of the intent of Greg Griffith of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of Navy Federal Credit Union.

> United States Attorney
> Attn: Civil Process Clerk
> 400 N. Tampa Street, Suite 3200
> Tampa, FL 33602-4708

I, Greg Griffith, hereby state that I am aware of the state law requirements for being a personal representative in the State of Florida.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this 26 day of September 2007.

_____
Notary Public

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 03004752 Expires 04/27/11

## LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

Navy Federal Credit Union, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**Only** to recover cash or cash equivalents arising from the bankruptcy of Page Graham Lewis and Joan Mary Lewis in the amount of $2,295.22, that belong to the Principal,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 19th day of September, 2007.

**PRINCIPAL:**
Navy Federal Credit Union
Federal ID # 530116705

By: _(signature)_
Title: VP, Investments, ALM & Cash Mgt.

**PRINCIPAL'S ADDRESS:**
820 Follin Lane
Vienna, VA 22180
7032557743

### ACKNOWLEDGMENT

STATE OF Virginia )
COUNTY OF Fairfax )

Before me a Notary Public, in and for said County and State on this 19th day of September, 2007, personally appeared Alan MacEachin to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its VP, Inv, ALM & Cash Mgmt. (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
October 31, 2010

_(signature)_ Darleen M Brumley
Notary Public

DARLEEN M. BRUMLEY
Notary Public
Commonwealth of Virginia
My Commission Expires Oct

Alan MacEachin
Vice President
Investment, ALM, and Cash Management

Headquarters
820 Follin Lane
Vienna, VA 22180

phone: 703-255-8722
fax: 703-255-7755
e-mail: alan_maceachin@navyfederal.org

**NAVY FEDERAL CREDIT UNION**
www.navyfcu.org